No. 753. FRANK YESBERA, PETITIONER, *v.* THE HARDESTY MANUFACTURING COMPANY, ETC. April 12, 1909. Petition

for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Thomas H. Tracey* and *Mr. Almon Hall* for petitioner. *Mr. Melville Church* for respondent.